Myra NIKOLA and Charles Kevin Nikola, Appellants,

v.

MAY DEPT. STORES CO., Respondent.

No. 64865.

. Missouri Court of Appeals, Eastern District, Division Four.

Aug. 30, 1994.

Burton Newman, Michael A. Gross, Private Attys., St. Louis, for appellants.

Eugene K. Buckley, John S. McCollough, Evans & Dixon, St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Plaintiffs appeal the trial court's granting of defendant's motion to dismiss plaintiffs' cause of action. We affirm. The findings and conclusions of the trial court are supported by substantial evidence, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.-16(b).